FILED - LN
January 4, 2017 11:44 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /          SCANNED BY:
1/4/17

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Jody K Mosley
Homeless Angels
2111 Rossiter Place
Lansing Michigan 48911

Plaintiff(s),

**1:17-cv-10**
Paul L. Maloney,
United States District Judge

v

Forrst Community Center / Dr Melvin Cherry
Lansing MI

Defendant(s).

Malpractic Suit.
1,000,000,000 Dollars.

1) Dr. Melvin Cherry, was my Doctor for 7 years.
2) I Been Taking Medication for Depression/Inziaty/COPD/and other
3) I Told Melvin Cherry That I wanted my Blood checked. There's A problem But When I came back They Tried To set me up.
3) I was forst To Stop All Medication Cause Dr. Melvin Cherry wouldn't see me.
4) I was ready To Take my own Life, 7 years being medicated Then Nothing
5) My Disability was Canceled/without Doctor Nothing.

I wish to file federal Charges. Against The forrest Community Center/Dr Melvin Cherry

Joby K Mosley
1/3/2017