UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODY K. MOSLEY,

    Plaintiff,

v.                                                                          Case No.  1:17-CV-10

FOREST COMMUNITY CENTER, et al.,           HON. GORDON J. QUIST

    Defendants.
                                                        /

**ORDER**

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1951(e)(2) for the reason that it fails to state a claim upon which relief can be granted.

Dated:  February 7, 2017                             /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE